UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:17-cr-479-T-17AEP

ANTWAN WILLIAMS

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's motion for a Preliminary Order of Forfeiture of the .38 caliber RG Industries revolver, model RG31, serial number 052353.

Being fully advised of the relevant facts, the Court hereby finds that the firearm identified above was involved in or used in the offense of brandishing a firearm during and in relation to, and knowingly possessing a firearm in furtherance of, a crime of violence, specifically interference with commerce by robbery, a crime of violence, to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the firearm identified above is hereby forfeited to the United States for disposition according to law.

CASE NO. 8:17-CR-479-T-17AEP

It is FURTHER ORDERED that, upon entry, this order shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 27th day of JULY, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record