UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-479-T-17AEP

ANTWAN WILLIAMS and
TRONESH SPARKELS ACKERMAN

**FINAL ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

a. A .38 caliber RG Industries revolver, model RG31, serial number 052353;

b. A Jimenez Arms .380 caliber semiautomatic pistol, model J.A. 380, serial number 120218;

c. Two rounds of assorted .380 caliber ammunition;

d. Four rounds of Remington .38 caliber ammunition; and

e. Eleven rounds of assorted .38 caliber ammunition.

On March 14, 2018, the Court entered an Order of Forfeiture and a Preliminary Order of Forfeiture against defendant Tronesh Sparkels Ackerman for the assets described above, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Doc. 55. On July 27, 2018, the Court also entered a Preliminary Order of Forfeiture against defendant Antwan Williams for the

.38 caliber RG Industries revolver identified above, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Doc. 84.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from August 2, 2018 through August 31, 2018. Doc. 95. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the

CASE NO. 8:17-CR-479-T-17 AEP

United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 16th day of October, 2018.

**ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE**

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record